UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | EDCV 14-2388 DSF (DTBx) | Date | 12/12/14 |
|---|---|---|---|
| Title | Cathay Bank v. Ayami Fortunes, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

This case was removed from state court based on federal question jurisdiction. It is an unlawful detainer case that raises no federal claim. The removing defendant attempts to raise several federal claims, but federal defenses or counterclaims do not provide a basis for federal question jurisdiction. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

The case is REMANDED to the Superior Court of California, County of San Bernardino. Plaintiff's request for sanctions is DENIED.

IT IS SO ORDERED.